UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

ROBERTO ORTIZ,
    Plaintiff,
vs.
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, and
AMERICAN HONDA FINANCE CORPORATION,
    Defendants.
_____/

# COMPLAINT
**(Jury Demand)**

## Introduction

1. This is an action for actual and statutory damages brought by an individual consumer based on Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*., (''FCRA'').

## Jurisdiction

2. This Honorable Court has jurisdiction over the FCRA claims according to 15 U.S.C. § 1681p, and generally according to 28 U.S.C. §1331.

## Venue

3. Venue in this District is proper, according to 28 U.S.C. §1391.

## Parties

*Ortiz*

4. Plaintiff **Roberto Ortiz** ("Ortiz") is a natural person residing in Miami-Dade County, Florida.

5. Ortiz is a "consumer" according to 15 U.S.C. § 1681a(c).

### *Experian*

6. Defendant **Experian Information Solutions, Inc.** ("Experian") is a "consumer reporting agency" as defined by §1681a(f).

7. Experian regularly conducts business in this District and has a principal place of business located in Costa Mesa, California.

8. Experian is regularly engaged in the business of assembling, evaluating and distributing information concerning consumers for the purpose of furnishing "consumer reports" to third parties, according to 15 U.S.C. § 1681a(p).

9. Experian provides such consumer reports to third parties in exchange for money.

### *TransUnion*

10. Defendant **TransUnion LLC** ("TransUnion"), is a "consumer reporting agency" as defined by §1681a(f).

11. TransUnion regularly conducts business in this District and has a principal place of business located in Chicago, Illinois.

12. TransUnion is regularly engaged in the business of assembling, evaluating and distributing information concerning consumers for the purpose of furnishing "consumer reports" to third parties, according to 15 U.S.C. § 1681a(p).

13. TransUnion provides such consumer reports to third parties in exchange for money.

### *Honda Finance*

14. Defendant **American Honda Finance Corporation** ("Honda") is a business entity that regularly conducts business in this District, and has a principal place of business located in Torrance, California.

15. Honda Financial Services offers financing in the form of both retail installment sales

contracts and leases, depending on the product and the needs of the particular customer. Leases are offered through its affiliate Honda Lease Trust for new and used Honda motor vehicles. In addition, Honda and its Florida affiliate, American Honda Service Contract Corporation, administers vehicle service contracts sold by Honda dealers throughout the United States.

16. Honda regularly and in the course of its business provides information to consumer reporting agencies about its transactions or experiences with consumers.

17. Honda is a "furnisher" according to 15 U.S.C. § 1681s-2.

*Experian Dispute*

18. On or about July 28, 2018, Ortiz disputed an inaccurate entry in his Experian's consumer report regarding an account with American Honda Finance ("Honda"), partial account #18639….

19. Ortiz provided documentation to Experian that it had reported the Honda account inaccurately.

20. The documentation included proof that he was no longer responsible for the leased vehicle pertaining to the Honda account.

21. Experian notified Honda of Ortiz's dispute.

22. Honda "verified" the inaccurate information about Ortiz to Experian.

23. Experian responded to Ortiz's dispute in "Report #0070-4877-72 for 9/06/18" regarding the Honda account.

24. Experian did not correct the inaccurately reported information regarding the Honda account.

25. Experian has continued to report the Honda account inaccurately.

### *TransUnion Dispute*

26. On or about July 28, 2018, Ortiz disputed an entry in his TransUnion's consumer report regarding the Honda account.

27. Ortiz provided documentation to TransUnion that it had reported the Honda account inaccurately.

28. The documentation included proof that he was no longer responsible for the leased vehicle in the Honda account.

29. TransUnion notified Honda of Ortiz's dispute.

30. Honda "verified" the inaccurate information about Ortiz to TransUnion.

31. TransUnion responded to Ortiz's dispute in "File Number 3223607111 date issued: 08/18/2018".

32. TransUnion did not correct the inaccurate reporting regarding the Honda account.

33. TransUnion has continued to report the Honda account inaccurately.

### *Damages*

34. At all relevant times, Experian reported the incorrect Honda information about Ortiz to users of its consumer reports.

35. At all relevant times, TransUnion reported the incorrect Honda information about Ortiz to users of its consumer reports.

36. As a result of the reporting of the incorrect information in the consumer reports, Ortiz has suffered economic and non-economic damages, including denial of credit, loss of credit use and derogatory credit.

## Count I
### [Experian: Violation of 15 U.S.C. § 1681e(b)]

37. Ortiz realleges and incorporates here paragraphs 1 through 36.

38. Experian violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure maximum possible accuracy in the preparation of the consumer reports and consumer file it published and maintained about Ortiz.

39. As a result of the conduct, actions or inactions of Experian, Ortiz has suffered and incurred damages.

40. The conduct, actions and inactions of Experian were willful, rendering it liable for punitive damages in an amount to be determined by the Court, according to 15 U.S.C. § 1681n. In the alternative, Experian was negligent, entitling Ortiz to recover damages according to 15 U.S.C. § 1681o.

41. Ortiz is entitled to recover costs and attorney's fees from Experian in an amount to be determined by the Court, according to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

## Count II
### [Experian: Violation of 15 U.S.C. § 1681i(a)]

42. Ortiz realleges and incorporates here paragraphs 1 through 36.

43. Experian violated 15 U.S.C. § 1681i(a) by failing to conduct a reasonable investigation of Ortiz's dispute and failing to delete inaccurate information in its file of Ortiz after receiving actual notice of such inaccuracy.

44. The conduct, actions and inactions of Experian were willful, rendering it liable for punitive damages in an amount to be determined by the Court, according to 15 U.S.C. § 1681n. In the alternative, Experian was negligent, entitling Ortiz to recover damages according to 15 U.S.C. § 1681o.

45. Ortiz is entitled to recover costs and attorney's fees from Experian in an amount to be determined by the Court, according to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

## Count III
### [TransUnion: Violation of 15 U.S.C. § 1681e(b)]

46. Ortiz realleges and incorporates here paragraphs 1 through 36.

47. TransUnion violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure maximum possible accuracy in the preparation of the consumer reports and consumer file it published and maintained about Ortiz.

48. As a result of the conduct, actions and inactions of TransUnion, Ortiz has suffered and incurred damages.

49. The conduct, actions and inactions of TransUnion were willful, rendering it liable for punitive damages in an amount to be determined by the Court, according to 15 U.S.C. § 1681n.

50. In the alternative, TransUnion was negligent, entitling Ortiz to recover damages according to 15 U.S.C. § 1681o.

51. Ortiz is entitled to recover costs and attorney's fees from TransUnion in an amount to be determined by the Court, according to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

## Count IV
### [TransUnion: Violation of 15 U.S.C. § 1681i(a)]

52. Ortiz realleges and incorporates here paragraphs 1 through 36.

53. TransUnion violated 15 U.S.C. § 1681i(a) by by failing to conduct a reasonable investigation of Ortiz's dispute and failing to delete inaccurate information in its file of Ortiz after receiving actual notice of such inaccuracy.

54. The conduct, actions and inactions of TransUnion were willful, rendering it liable

for punitive damages in an amount to be determined by the Court, according to 15 U.S.C. § 1681n.

55. In the alternative, TransUnion was negligent, entitling Ortiz to recover damages according to 15 U.S.C. § 1681o.

56. Ortiz is entitled to recover costs and attorney's fees from TransUnion in an amount to be determined by the Court, according to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

## Count V
### [Honda: Violation of 15 U.S.C. § 1681s-2(b)]

57. Ortiz realleges and incorporates here paragraphs 1 through 36.

58. Honda violated 15 U.S.C. § 1681s-2(b) by failing to fully and reasonably investigate the disputes by Ortiz of the negative information in the consumer reports and continuing to furnish and disseminate inaccurate and derogatory credit, account and other information concerning Ortiz to consumer reporting agencies.

59. The conduct, actions and inactions of Honda was willful, rendering it liable for punitive damages in an amount to be determined by the Court, according to 15 U.S.C. § 1681n.

60. In the alternative, Honda was negligent, entitling Ortiz to recover damages according to 15 U.S.C. § 1681o.

61. Ortiz is entitled to recover costs and attorney's fees from Great Lakes in an amount to be determined by the Court, according to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

## Relief Sought

WHEREFORE, Ortiz demands judgment against Defendants for:

(1) actual, statutory and punitive damages;

(2) attorney's fees and costs;

(3) pre-judgment and post-judgment interest;

(4) any other relief this Honorable Court deems just and proper.

## Jury Trial Demand

Plaintiff demands trial by jury.

Dated: June 21, 2019

Respectfully submitted by,
/s/ Leo Bueno
Leo Bueno, Fla. Bar #: 716261
LEO BUENO, ATTORNEY, PLLC
P.O. Box 141679
Coral Gables, FL 33114-1679
305-669-5260
Leo@BuenoLaw.com
a*nd*
/s/Joey D. Gonzalez
Joey D. Gonzalez, Esq., Fla. Bar No. 127554
JOEY GONZALEZ, ATTORNEY, P.A.
P.O. Box 145073
Coral Gables, FL 33114-5073
305-720-3114
Joey@JoeyGonzalezLaw.com

*Attorneys for Plaintiff*

Z:\- - - CLIENT FILES - - -\Ortiz Roberto [FCRA] nnnn\Pleadings - Disclosures - Notices\Ortiz Roberto FCRA Complaint CRAs And Furnisher Federal.docx