**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ROBERTO ORTIZ, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and AMERICAN HONDA FINANCE CORPORATION, <br><br> Defendants, | Case No. 19-CV-22601 |

**DEFENDANT, AMERICAN HONDA FINANCE CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    A. Roberto Ortiz, Plaintiff.

    B. Leo Bueno, Esq., as attorney for Plaintiff.

    C. Leo Bueno, Attorney, PLLC, as attorneys for Plaintiff.

    D. Joey D. Gonzalez, Esq., as attorneys for Plaintiff.

    E. Joey Gonzalez, Attorney, P.A., as attorneys for Plaintiff.

      F. Defendant, EXPERIAN INFORMATION SOLUTIONS, INC..

      G. Defendant, TRANSUNION LLC.

      H. Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC").

      I. C. Brent Wardrop, Esq., as trial counsel for Defendant, AHFC.

      J. Quintairos, Prieto, Wood & Boyer, P.A., as counsel for Defendant, AHFC.

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Roberto Ortiz, alleges that he is entitled to restitution as against AHFC and the co-Defendants for alleged willful and negligent violations of the FCRA. AHFC denies all material allegations of wrongdoing and disputes that Plaintiff is entitled to recovery.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: This 1st day of August, 2019.

                            QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

                            By:    /s/ C. Brent Wardrop
                                   C. Brent Wardrop, Esq.
                                   10902 Crabapple Road
                                   Roswell, Georgia 30075
                                   Tel: (770) 650-8737
                                   brent.wardrop@qpwblaw.com
                          *Attorneys for Defendant American Honda Finance Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

| | |
|---|---|
| Leo Bueno, Esq. | Joey D. Gonzalez, Esq. |
| Leo Bueno, Attorney, PLLC | Joey Gonzalez, Attorney, P.A. |
| P.O. Box 141679 | P.O. Box 145073 |
| Coral Gables, FL 33114-1679 | Coral Gables, FL 33114-5073 |
| Leo@BuenoLaw.com | Joey@JoeyGonzalezLaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

By:    C. BRENT WARDROP
        C. Brent Wardrop, Esq.