UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and AMERICAN HONDA FINANCE CORPORATION,<br><br>    Defendant. | CASE NO. 1:19-CV-22601-DPG |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3.      Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: August 6, 2019

        Respectfully submitted,

        /s/ *Michael A. Maugans*
        Michael A. Maugans
        Florida Bar No. 107531
        Email: mmaugans@jonesday.com
        JONES DAY
        600 Brickell Avenue, Suite 3300
        Miami, FL 33131
        Telephone: (305) 714-9700
        Facsimile: (305) 714-9799

        ***Counsel for Experian Information Solutions, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael A. Maugans*
Michael A. Maugans