IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-22601-DPG

ROBERTO ORTIZ,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and AMERICAN HONDA FINANCE CORPORATION,

        Defendants.

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    COMES NOW, Defendant Trans Union LLC ('Trans Union"), and hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   A. Roberto Ortiz; Plaintiff

   B. Joey D. Gonzalez Ramos of Joey Gonzalez, Attorney, P.A. and Leo Bueno of Leo Bueno, Attorney, PLLC; Counsel for Plaintiff

   C. Experian Information Solutions, Inc.; Defendant

   D. Michael Alexander Maugans of Jones Day; Counsel for Experian Information Solutions, Inc.

   E. American Honda Finance Corporation; Defendant

   F. Christopher Brent Wardrop of Quintairos, Wood & Boyer, PA; Counsel for American Honda Finance Corporation

   G. Trans Union LLC, Defendant

H. Christopher E. Knight, Alexandra L. Tifford, and Andrew G. Tuttle of Fowler White Burnett, PA.; Counsel for Trans Union LLC

I. Parent Companies: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock.  No public company directly owns 10% or more of the ownership in Trans Union LLC.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ Andrew G. Tuttle
Christopher E. Knight
Florida Bar No. 607363
Alexandra L. Tifford
Florida Bar No. 178624
Andrew G. Tuttle
Florida Bar No. 118467
Fowler White Burnett, P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile:  (305) 728-7510
cknight@fowler-white.com
atifford@fowler-white.com
atuttle@fowler-white.com
**COUNSEL FOR TRANS UNION LLC**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Joey D. Gonzalez Ramos
joey@joeygonzalezlaw.com
Joey Gonzalez, Attorney, P.A.
P.O. Box 145073
Coral Gables, FL 33114
(305) 720-31154
(305) 676-8998 Fax
- and -
Leo Bueno
leo@buenolaw.com
Leo Bueno, Attorney, PLLC
P.O. Box 141679
Coral Gables, FL 33114
(305) 669-5260
**Counsel for Plaintiff**

Christopher Brent Wardrop
brent.wardrop@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
10902 Crabapple Road
Roswell, GA 30075
(770) 650-8737
**Counsel for American Honda Finance Corporation**

Michael Alexander Maugans
mmaugans@jonesday.com
Jones Day
600 Brickell Avenue
Miami, FL 33131
(305) 714-9769
(305) 714-9799 Fax
**Counsel for Experian Information Solutions, Inc.**

/s/ Andrew G. Tuttle
ANDREW G. TUTTLE