IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-22601-DPG

ROBERTO ORTIZ,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and AMERICAN HONDA FINANCE CORPORATION,

      Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF
TIME FOR DEFENDANT TRANS UNION LLC TO FILE ITS
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to File Its Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1.     Trans Union was served with Plaintiff's Complaint on July 17, 2019, and its response to the Complaint is due on August 7, 2019.

2.     Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion.

3.     Trans Union's time to plead in response to the Complaint has not yet expired.

4.     This request for an extension of time is made with the consent of Plaintiff, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.

5.     No party would be prejudiced by the extension.

6. Trans Union does not request oral argument on the Motion.

7. No other extensions have been requested as to this specific deadline and Trans Union does not anticipate this extension will affect scheduling of this case.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

8. Prior to the Defendant's deadline to respond to Plaintiff's Complaint, on July 31, 2019, regional counsel for Trans Union emailed Plaintiff's counsel regarding an extension, and Plaintiff's counsel agreed to give Trans Union an extension of time in which to respond to the Complaint up to and including September 6, 2019.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting the Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension until September 6, 2019, to file its responsive pleadings to the Complaint; and (3) awarding Trans Union such further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Andrew G. Tuttle
Christopher E. Knight
Florida Bar No. 607363
Alexandra L. Tifford
Florida Bar No. 178624
Andrew G. Tuttle
Florida Bar No. 118467
Fowler White Burnett, P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 728-7510
cknight@fowler-white.com
atifford@fowler-white.com
atuttle@fowler-white.com
**COUNSEL FOR TRANS UNION LLC**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Joey D. Gonzalez Ramos
joey@joeygonzalezlaw.com
Joey Gonzalez, Attorney, P.A.
P.O. Box 145073
Coral Gables, FL 33114
(305) 720-31154
(305) 676-8998 Fax
- and -
Leo Bueno
leo@buenolaw.com
Leo Bueno, Attorney, PLLC
P.O. Box 141679
Coral Gables, FL 33114
(305) 669-5260
**Counsel for Plaintiff**

Christopher Brent Wardrop
brent.wardrop@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
10902 Crabapple Road
Roswell, GA 30075
(770) 650-8737
**Counsel for American Honda Finance Corporation**

Michael Alexander Maugans
mmaugans@jonesday.com
Jones Day
600 Brickell Avenue
Miami, FL 33131
(305) 714-9769
(305) 714-9799 Fax
**Counsel for Experian Information Solutions, Inc.**

/s/ Andrew G. Tuttle
ANDREW G. TUTTLE