IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-22601-DPG

ROBERTO ORTIZ,

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, and AMERICAN HONDA
FINANCE CORPORATION,

          Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Amanda Loughmiller.  Ms. Loughmiller is of the law firm, Quilling, Selander, Lownds, Winslett & Moser, P.C., 6900 N. Dallas Parkway, Suite 800, Plano, Texas 75024, Telephone: (214) 560-5455.  Ms. Loughmiller makes this request for the purposes of appearance as co-counsel on behalf of Defendant, Trans Union, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amanda Loughmiller to receive electronic filings in this case, and in support thereof, states as follows:

      1.      Amanda Loughmiller is not admitted to practice in the Southern District of Florida.  Ms. Loughmiller is a member in good standing of the State Bar of Texas.  She is admitted to practice before the following Courts:

| Court | Bar No. | Admitted |
|---|---|---|
| Supreme Court of Texas | 24028042 | 11/01/2000 |
| Northern District of Texas | | 02/13/2012 |
| Eastern District of Texas | | 02/14/2012 |
| Southern District of Texas | 1476709 | 05/17/2012 |
| Western District of Texas | | 06/14/2013 |
| District of Colorado | | 01/09/2015 |
| Northern District of Florida | | 10/16/2015 |
| U.S. Court of Appeals for the Eleventh Circuit | | 06/19/2018 |

2. Movant, Andrew G. Tuttle, of the law firm, Fowler White Burnett, P.A., 1395 Brickell Avenue, Fourteenth Floor, Miami, Florida 33131, Telephone: (305) 789-9200, is a member in good standing of The Florida State Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Loughmiller has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ms. Loughmiller, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amanda Loughmiller at email address: aloughmiller@qslwm.com.

WHEREFORE, Andrew G. Tuttle, moves this Court to enter an Order for Amanda Loughmiller, to appear before this Court on behalf of Trans Union LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amanda Loughmiller.

Dated: January 8, 2020.

Respectfully submitted,

/s/ Andrew G. Tuttle
Andrew G. Tuttle
Fla. Bar No. 118467
Email: atuttle@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:   (561) 802-9976
**Counsel for Trans Union, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:19-CV-22601-DPG**

ROBERTO ORTIZ,

               Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, and AMERICAN HONDA
FINANCE CORPORATION,

               Defendants.        /

## **CERTIFICATION OF AMANDA LOUGHMILLER**

Amanda Loughmiller, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Texas.

                                               */s/ Amanda Loughmiller*
                                               Amanda Loughmiller

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Joey D. Gonzalez Ramos
joey@joeygonzalezlaw.com
Joey Gonzalez, Attorney, P.A.
P.O. Box 145073
Coral Gables, FL 33114
(305) 720-31154
(305) 676-8998 Fax
and
Leo Bueno
leo@buenolaw.com
Leo Bueno, Attorney, PLLC
P.O. Box 141679
Coral Gables, FL 33114
(3050 669-5260
***Counsel for Plaintiff***

Christopher Brent Wardrop
brent.wardrop@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
10902 Crabapple Road
Roswell, GA 30075
(770) 650-8737
***Counsel for American Honda Finance Corporation***

Michael Alexander Maugans
mmaugans@jonesday.com
Jones Day
600 Brickell Avenue
Miami, FL 33131
(305) 714-9769
(305) 714-9799 Fax
***Counsel for Experian Information Solutions, Inc.***

/s/ Andrew G. Tuttle
**ANDREW G. TUTTLE**