UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and AMERICAN HONDA FINANCE CORPORATION,<br><br>    Defendants. | CASE NO. 1:19-cv-22601-DPG |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Genna L. Sinel of the law firm of Jones Day hereby gives notice of appearance in this case on behalf of Defendant, Experian Information Solutions, Inc., and requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

Dated: January 13, 2020

Respectfully submitted,

/s/ *Genna L. Sinel*
Genna L. Sinel
Florida Bar No. 1015643
Email: gsinel@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2020, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Genna L. Sinel*
Genna L. Sinel

*Attorney for Defendant*
*Experian Information Solutions, Inc.*