UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:19-cv-22601-DPG

ROBERTO ORTIZ,
    Plaintiff,
vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, and AMERICAN HONDA
FINANCE CORPORATION,
    Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME**

    Plaintiff, Roberto Ortiz, and defendants, Experian Information Solutions, Inc, TransUnion LLC and American Honda Finance Corporation, (hereinafter the "Parties") request a 45-day extension of time of the remaining deadlines in the *Scheduling Order Setting Civil Trial Date, and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge* (ECF No. 23) (the "Order"). In support the parties state the following:

    According to the Order, the parties are scheduled to complete discovery by April 29, 2020 and mediation by June 3, 2020. Although the Parties have exchanged written discovery, there are pending depositions that had to be postponed due to the pandemic currently affecting the country. Additionally, the Parties may have to postpone the scheduled mediation because of the possibility that they will not be able to travel and meet face to face in a common location.

    Since measures to combat the pandemic remain under constant adjustment and the potential unavailability of witnesses for depositions, the Parties respectfully request a postponement of 45 days to all remaining deadlines in the Order.

Respectfully submitted on March 31, 2020

/s/ Joey D. Gonzalez
**JOEY D. GONZALEZ**
Florida Bar No. 127554
COUNSEL FOR PLAINTIFF
**JOEY GONZALEZ, ATTORNEY, P.A.**
P.O. Box 145073
Coral Gables, FL 33114
Telephone: (305) 720-31154
Facsimile: (305) 676-8998
joey@joeygonzalezlaw.com

and

/s/ Leo Bueno
**LEO BUENO**
Florida Bar No. 716261
**LEO BUENO, ATTORNEY, PLLC**
P.O. Box 141679
Coral Gables, FL 33114
Telephone: (305) 669-5260
Facsimile: (305) 676-8998
leo@buenolaw.com
Counsels for Plaintiff

/s/ Genna Sinel
**GENNA SINEL**
Florida Bar No. 1015643
COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.
**JONES DAY**
600 Brickell Avenue
Miami, FL 33131
Telephone: (305) 714-9764
Facsimile: (305) 714-9799
gsinel@jonesday.com

/s/ Amanda Loughmiller
Amanda Loughmiller
Pro Hac Vice
COUNSEL FOR TRANS UNION LLC
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
214-871-2100 (Main)
214-871-2111 (Fax)
aloughmiller@qslwm.com

/s/ Andrew G. Tuttle
**ANDREW G. TUTTLE**
Florida Bar No. 118467
COUNSEL FOR TRANS UNION LLC
**FOWLER WHITE BURNETT, P.A.**
Esprito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Telephone: (305) 789-9200
Facsimile: (305) 728-7510
atuttle@fowler-white.com

/s/ Christopher Brent Wardrop
**CHRISTOPHER BRENT WARDROP**
Florida Bar No. 15853
COUNSEL FOR AMERICAN HONDA FINANCE CORPORATION
**QUINTAIROS, PRIETO, WOOD & BOYER, PA**
10902 Crabapple Road
Roswell, GA 30075
Telephone: (770) 650-8737
brent.wardrop@qpwblaw.com