IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:19-CV-22601-DPG**

ROBERTO ORTIZ,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, and AMERICAN HONDA
FINANCE CORPORATION,

        Defendants.
_____/

**JOINT STATUS REPORT**

1. The Parties hereby file their Joint Status Report pursuant to the Court's March 31, 2020 order (Dkt. 31).

2. Unfortunately, COVID 19 continues to hamper the Parties' pre-trial efforts. Before, and during COVID 19, the Parties have worked diligently to move the case forward. The Defendants deposed the Plaintiff on January 23, 2020, mediation was scheduled for April 15, 2020, five (5) Third-Party depositions and American Honda Finance Corporation's 30(b)(6) were scheduled in March 2020. Certain Defendants were/are required to travel out of state and had travel booked to attend mediation and the previously scheduled depositions.

3. Additionally, certain Third-Party deponents have been unavailable to attend the previously scheduled depositions due to COVID 19.

4. Due to Third-Party deponent unavailability, Stay in Place Orders, the need for certain depositions to be conducted in person in order to adequately defend clients, and the desire of all parties to be safe and stop the spread of COVID, the parties have not been able to move forward with mediation of previously scheduled depositions.

5. Until COVID 19 travel restrictions are lifted, the mediation and remaining depositions are not able to occur and the parties anticipate seeking a second 45 day extension upon the case being re-opened.

6. On March 31, 2020 the Parties filed their first Joint Motion for Extension of Time on Remaining Scheduled Deadlines ("Joint Motion") (Dkt. 30), requesting a forty-five (45) day extension of all deadlines remaining in the Court's Scheduling Order. On the same day, the Court entered an order granting the Joint Motion, staying the case and closing the case for administrative purposes (Dkt. 31).

7. Based on the Court's Order granting the Joint Motion to extend the remaining deadlines by forty-five (45) days, the deadline to complete mediation is now July 18, 2020, the deadline to complete discovery is now June 13, 2020 and the deadline to file dispositive motions is now July 13, 2020.

8. The Parties anticipate filing a second Joint Motion requesting an additional 45 days which, if granted, would move the current mediation, discovery and dispositive deadlines, as follows.

9. The mediation deadline is currently July 18, 2020, and the Parties anticipate requesting this deadline to be moved to September 1, 2020.

10. The discovery deadline is currently June 13, 2020, and the Parties anticipate requesting this deadline to be moved to July 28, 2020.

11. The dispositive motions and pre-trial deadlines are currently set for July 13, 2020 and the Parties anticipate requesting this deadline be moved to August 27, 2020.

Respectfully submitted,

/s/ Joey D. Gonzalez
**JOEY D. GONZALEZ**
Florida Bar No. 127554
COUNSEL FOR PLAINTIFF
**JOEY GONZALEZ, ATTORNEY, P.A.**
P.O. Box 145073
Coral Gables, FL 33114
Telephone: (305) 720-31154
Facsimile:  (305) 676-8998
joey@joeygonzalezlaw.com
and
**LEO BUENO**
Florida Bar No. 716261
**LEO BUENO, ATTORNEY, PLLC**
P.O. Box 141679
Coral Gables, FL 33114
Telephone: (305) 669-5260
Facsimile:  (305) 676-8998
leo@buenolaw.com

/s/ Andrew G. Tuttle
**ANDREW G. TUTTLE**
Florida Bar No. 118467
COUNSEL FOR TRANS UNION LLC
**FOWLER WHITE BURNETT, P.A.**
Esprito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Telephone: (305) 789-9200
Facsimile:  (305) 728-7510
atuttle@fowler-white.com
 and
**AMANDA LOUGHMILLER**
Texas Bar No. 24028042
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5455
Facsimile:  (214) 871-2111
aloughmiller@qslwm.com

/s/ Michael Alexander Maugans
**MICHAEL ALEXANDER MAUGANS**
Florida Bar No. 107531
**CHRISTINA THERESE MASTRUCCI**
Florida Bar No. 113013
**GENNA LEIGH SINEL**
Florida Bar No. 1015643
COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.
**JONES DAY**
600 Brickell Avenue
Miami, FL 33131
Telephone: (305) 714-9769
Facsimile:  (305) 714-9799
mmaugans@jonesday.com
cmastrucci@jonesday.com
gsinel@jonesday.com

/s/ Christopher Brent Wardrop
**CHRISTOPHER BRENT WARDROP**
Florida Bar No. 15853
COUNSEL FOR AMERICAN HONDA FINANCE CORPORATION
**QUINTAIROS, PRIETO, WOOD & BOYER, PA**
10902 Crabapple Road
Roswell, GA 30075
Telephone: (770) 650-8737
brent.wardrop@qpwblaw.com

3

4340686.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Joey D. Gonzalez Ramos
joey@joeygonzalezlaw.com
Joey Gonzalez, Attorney, P.A.
P.O. Box 145073
Coral Gables, FL 33114
(305) 720-31154
(305) 676-8998 Fax
and
Leo Bueno
leo@buenolaw.com
Leo Bueno, Attorney, PLLC
P.O. Box 141679
Coral Gables, FL 33114
(3050 669-5260
**Counsel for Plaintiff**

Christopher Brent Wardrop
brent.wardrop@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
10902 Crabapple Road
Roswell, GA 30075
(770) 650-8737
**Counsel for American Honda Finance Corporation**

Christina Therese Mastrucci
cmastrucci@jonesday.com
Genna Leigh Sinel
gsinel@jonesday.com
Jones Day
600 Brickell Avenue
Miami, FL 33131
(305) 714-9769
(305) 714-9799 Fax
**Counsel for Experian Information Solutions, Inc.**

　　　　　　　　　　　　　　　　　　　**/s/ Andrew G. Tuttle**
　　　　　　　　　　　　　　　　　　　**ANDREW G. TUTTLE**

4340686.1